THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYUNG SUK KIM and JI HYEON SEOL, and their marital community, and JI HYEON SEOL on behalf of Y.K., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE BACK and JANE DOE BACK, and their marital community, and BINEX LINE CORPORATION, a for-profit foreign corporation,<br><br>Defendants. | CASE NO. C20-1467-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay discovery against Defendants Steve Back and Jane Doe Back (Dkt. No. 14). Federal Rule of Civil Procedure 26(c) allows the Court to protect a party from discovery upon a showing of good cause. The parties argue that there is good cause to stay discovery against Steve Back because the King County Prosecutor's Office is considering filing criminal charges against Mr. Back arising out of the motor vehicle collision that is the subject of this suit and requiring Mr. Back to respond to discovery could infringe on his rights against self-incrimination. (*See id.* at 2–3.) The

parties argue there is also good cause to stay discovery against Jane Doe Back, Steve Back's wife, because requiring her to respond to discovery could implicate the spousal privilege under state and federal law. (*See id.* at 3.) Having thoroughly considered the parties' stipulation and the relevant record and finding good cause, the Court hereby GRANTS the motion and STAYS all discovery directed to the Backs. The Court ORDERS as follows:

1. All discovery directed to defendants Steve Back and Jane Doe Back is stayed until the criminal matter under consideration by the State of Washington against Steve Back is fully resolved, either by entry of final judgment, plea, or dismissal with prejudice.

2. The parties shall advise the court upon the resolution of the criminal matter. If the State of Washington does not file criminal charges within six months of the date of this order, the parties shall file a joint status report setting forth their views on whether the stay should remain in place and, if not, how the case should proceed.

3. Nothing within this order shall prevent the parties from conducting all other discovery permitted by the Federal Rules of Civil Procedure.

DATED this 3rd day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk