THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYUNG SUK KIM and JI HYEON SEOL, and their marital community, and JI HYEON SEOL on behalf of Y.K., a minor,<br><br>        Plaintiffs,<br><br>    v.<br><br>STEVE BACK and JANE DOE BACK, and their marital community, and BINEX LINE CORPORATION, a for-profit foreign corporation,<br><br>        Defendants. | CASE NO. C20-1467-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to modify the civil scheduling order and vacate the May 2, 2022 trial date (Dkt. No. 21). This negligence action arises from a single-car motor vehicle for which Defendant has since been charged with vehicular assault in state court. (*Id.* at 1–2.) According to the parties, those proceedings are still pending. (*Id.* at 3.) Defendant had previously asserted his privilege against self-incrimination, and this Court granted a related stipulated motion seeking limitations on discovery directed to Defendant. (*Id.*) Additionally, the parties indicate they have reengaged a mediator in this matter.

MINUTE ORDER
C20-1467-JCC
PAGE - 1

(*Id.* at 4.)

Accordingly, the stipulated motion (Dkt. No. 21) is GRANTED. The scheduling order is amended as follows:

1. The discovery cutoff is continued from January 3, 2022 to July 2, 2022;
2. The deadline to exchange expert disclosures is continued to July 5, 2022, with rebuttal disclosures due September 6, 2022;
3. The deadline for expert discovery, including expert depositions, is continued to October 21, 2022;
4. The May 2, 2022, trial date is continued to February 21, 2023;
5. Dispositive motions are due by December 21, 2022;
6. The proposed pretrial order is due by January 19, 2023; and
7. Trial briefs, proposed voir dire, and proposed jury instructions are due by February 6, 2023.

DATED this 3rd day of January 2022.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk