THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HYUNG SUK KIM and JI HYEON SEOL, and their marital community, and JI HYEON SEOL on behalf of Y.K., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE BACK and JANE DOE BACK, and their marital community, and BINEX LINE CORPORATION, a for-profit foreign corporation,<br><br>Defendants. | CASE NO. C20-1467-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On February 24, 2022, Plaintiff Hyung Suk Kim filed a notice of settlement. (Dkt. No. 23.) Accordingly, it is hereby ORDERED that within 30 days of this minute order, the parties shall file a stipulated notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or show cause why this case should not be dismissed based on the settlement.

//

//

//

MINUTE ORDER
C20-1467-JCC
PAGE - 1

DATED this 13th day of April 2022.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk

MINUTE ORDER
C20-1467-JCC
PAGE - 2